UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TREVOR SHERWOOD,

    Plaintiff,

v.      CASE NO. 8:19-cv-1274-T-SPF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

Pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff seeks judicial review of an administrative decision denying his claim for a period of disability and Disability Insurance Benefits (*see* Doc. 1). At this juncture, the Commissioner seeks entry of an order reversing and remanding the case for further administrative action. Specifically, the Commissioner asserts the following: "On remand, the ALJ will further evaluate the medical evidence of record, including the medical opinion evidence and Plaintiff's disability rating from the Veterans' Administration." (Doc. 12 at 1). Plaintiff has no objection.

Upon consideration, it is hereby **ORDERED**:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 12) is **GRANTED**.

2. The Commissioner's decision is **REVERSED**, and the case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment for Plaintiff and close this case.

**ORDERED** at Tampa, Florida on October 24, 2019.

*[signature]*

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE